# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVONNE COVEY, | : | No.: 4:17-CV-00088 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| WATSONTOWN TRUCKING COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of May 2017, in light of Mediator Robert B. Elion's report to the Court indicating that the matter has settled, ECF No. 10, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge